UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO SANCHEZ-CHAVEZ, <br><br> Petitioner, <br><br> v. <br><br> FELICIA PONCE, <br><br> Respondent. | Case No. 2:21-cv-09087-DSF (MAR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action without prejudice.

Dated: May 5, 2022

HONORABLE DALE S. FISCHER
United States District Judge