JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO SANCHEZ-CHAVEZ, | Case No. 2:21-cv-09087-DSF (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| FELICIA PONCE, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: May 5, 2022

HONORABLE DALE S. FISCHER
United States District Judge